ESTOL H. FULTZ, Plaintiff-Appellant, *v.* WILLIAM J. GRAVEN *et al.,* Defendants-Appellees.

(No. 11630;

Fourth District—October 17, 1972.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Thomas J. Logue, of Glenn & Logue, of Mattoon, for appellant.

Robert D. Owen, Marshall A. Susler, and Jeffrey C. Taylor, all of Owen, Roberts, Susler & Taylor, of Decatur, for appellees.